■ GE CAPITAL MORTGAGE SERVICE, INC., Respondent, v VASILIOS TSORONIS, Appellant, et al., Defendants. [678 NYS2d 738] —In an action to foreclose a mortgage, the defendant Vasilios Tsoronis appeals from an order of the Supreme Court, Queens County (Dye, J.), dated March 31, 1997, which denied his motion, *inter alia,* to vacate a judgment of foreclosure dated October 25, 1996, entered upon his default in answering the complaint.

Ordered that the order is affirmed, with costs.

The appellant failed to show that he was entitled to the vacatur of the judgment because of an excusable default (*see,* CPLR 5015 [a] [1]), and the existence of fraud, misrepresentation, or other misconduct on the part of the plaintiff (*see,* CPLR 5015 [a] [3]). Pizzuto, J. P., Joy, Florio and Luciano, JJ., concur.